**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News  Division**

**UNITED STATES OF AMERICA**

**v.**                                                                                        **4:05CR9**

**JESUS CEBALLOS**

      **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to one count of conspiracy to distribute and possess with intent to distribute marijuana, cocaine, and cocaine base and one count of conspiracy to import marijuana and cocaine, in violation of 18 U.S.C. § 841(a)(1) and (b); 846; 21 U.S.C. 952, 960, and 963.

Defendant was represented by appointed counsel, Nathaniel Webb, Esquire.  On December 20, 2005, defendant appeared before the Court for the purpose of entering his guilty pleas. He was appropriate in appearance, responsive, and competently prepared for the hearing.

Defendant answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was remanded to custody to await sentencing.

Defendant is fifty-nine years of age, attended school through the eighth grade, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty pleas pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing all of the essential elements of each offense. Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                **/s/**
    **James E. Bradberry**
    **United States Magistrate Judge**

**Norfolk, Virginia**

   **December 23**  , 2005

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Nathaniel J. Webb, III, Esquire
    10 W. Queens Way, #A
    Hampton, VA 23669


    Lisa R. McKeel, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510


    Elizabeth H. Paret, Clerk


    By _____
          Deputy Clerk

    _____, 2005